Certificate Number: 12433-AZ-DE-035827045

Bankruptcy Case Number: 20-02246



12433-AZ-DE-035827045

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 10, 2021, at 4:32 o'clock PM MDT, Ricky G. Pierceall completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Arizona.

Date: July 11, 2021    By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher

Certificate Number: 12433-AZ-DE-035827046

Bankruptcy Case Number: 20-02246


12433-AZ-DE-035827046

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on July 10, 2021, at 4:32 o'clock PM MDT, Terri L. Pierceall completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Arizona.

Date: July 11, 2021

By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher